NIPPON STEEL CORPORATION,
Plaintiff–Cross Appellant,

v.

UNITED STATES, Defendant–
Appellant,

v.

Bethlehem Steel Corporation and U.S. Steel Group, a Unit of USX Corporation, Defendants–Appellants,

and

Ispat Inland Inc., LTV Steel Company, Inc., Gallatin Steel, Ipsco Steel, Inc., Steel Dynamics, Inc., and Weirton Steel Corporation, Defendants.

No. 02–1266, 02–1267, 02–1298.

United States Court of Appeals,
Federal Circuit.

May 10, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b)., as to the cross appeal, 02–1298, only.

DUPONT PUBLISHING,
INC., Appellant,

v.

E.I. DUPONT DE NEMOURS AND COMPANY, Appellee.

No. 02–1193.

United States Court of Appeals,
Federal Circuit.

May 10, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).